**FILED & ENTERED**

JUL 28 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – Riverside Division

| | |
|---|---|
| In re<br><br>Manfred Thyssen,<br><br>    Debtor.<br><br>---<br><br>Gary W. Pace,<br><br>    Plaintiff,<br>v.<br><br>Manfred Heinz Thyssen, also known as Manfred Heinz Thyssen, Jr.,<br><br>    Defendant. | Case No. 6:15-bk-19699-SC<br><br>Chapter 7<br><br>Adversary No. 6:16-ap-01001-SC<br><br>**JUDGMENT**<br><br>**Trial:**<br>Date: 3/20/2017<br>Time: 9:30 a.m.<br>Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

In accordance with the Memorandum Decision entered contemporaneously with this judgment, judgment is hereby entered in favor of defendant Manfred Heinz Thyssen, also known as Manfred Heinz Thyssen, Jr., and against plaintiff Gary W. Pace on the complaint in this action.

IT IS SO ORDERED.

Date: July 28, 2017

Scott C. Clarkson
United States Bankruptcy Judge

1